**FILED**

May 6, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LAPHONE VONGKEO, ) <br> ) <br> Defendant. ) | Case No. 2:08MJ00152-DAD-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   __LAPHONE VONGKEO__  , Case No. __2:08MJ00152-DAD-1__ , Charge __18USC § 666(a)(1)(A), 1956(a)(1)(B)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__  __   Release on Personal Recognizance

　　　__  __   Bail Posted in the Sum of $_____

　　　__✓__   Unsecured Appearance Bond

　　　__  __   Appearance Bond with 10% Deposit

　　　__  __   Appearance Bond with Surety

　　　__  __   Corporate Surety Bail Bond

　　　__✓__   (Other)   __Pretrial Conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   __Sacramento, CA__   on   __May 6, 2008__   at   __2:00 pm__  .

By   /s/ Gregory G. Hollows
　　　Gregory G. Hollows
　　　United States Magistrate Judge

Copy 5 - Court