McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 2:08-CR-0225 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | REGARDING DATES FOR |
| ) | TRIAL AND TRIAL CONFIRMATION |
| LAPHONE VONGKEO, ) | HEARING |
| ) | |
| Defendant. ) | |
| _____) | |

    The United States of America, by its attorney, Assistant U.S. Attorney Benjamin B. Wagner, and the defendant Laphone Vongkeo, by her attorney, Joseph J. Wiseman, stipulate and agree as follows:

    1.  At the last hearing in this matter on December 15, 2008, at which Assistant U.S. Attorney Benjamin Wagner was absent, a trial date of April 7, 2009 was set in this case.  Time until that date was excluded pursuant to local code T4.

    2.  Benjamin B. Wagner is currently the only AUSA assigned to this matter, and he is expected to be out of the state during the week of April 6, 2009.  In addition, on April 7, 2009, it appears likely that he will have just completed a lengthy trial in the complex case of <u>United States v. Jagprit Sekhon, et al.</u>, 2:06-CR-0058 FCD.  Both parties agree that a new trial date in late April would assure continuity of counsel and allow both parties reasonable

1

1 time to prepare for trial.

2     3.   Accordingly, the parties jointly request that:

3        (a) The current trial date of April 7, 2009, and the

4        current TCH date of March 16, 2009, be VACATED; and

5        (b) the Court set a new trial date of April 28, 2009, and

6        a new TCH date of March 30, 2009.

7     4.   The parties stipulate that time between the date of this

8 stipulation and April 28, 2009, be excluded from the running of the

9 Speedy Trial Act under 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4,

10 because the failure to exclude such time would deny the parties

11 continuity of counsel and reasonable time necessary for effective

12 preparation for trial, taking into account the exercise of due

13 diligence.

14 **So Stipulated and agreed:**

15 DATED: 12/30/08                      McGREGOR W. SCOTT
                                             United States Attorney

                                             /S/ Benjamin Wagner
                                      By:_____
                                          BENJAMIN B. WAGNER
                                          Assistant U. S. Attorney

                                             /S/ Joseph Wiseman
DATED: 12/30/08                      _____
                                          JOSEPH J. WISEMAN
                                          Attorney for Defendant
                                          Laphone Vongkeo

23 **IT IS SO ORDERED:**

25 DATED: January 5, 2009            _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE